UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JANICE L. LUCAS, an individual resident of Reading, Middlesex County, Massachusetts, <br><br>  Plaintiff, <br><br> v. <br><br> REDCORAL INVESTMENTS., LLC, a Maine limited liability company, <br><br>  Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CASE NO. 1:24-cv- |

## COMPLAINT

NOW COMES Plaintiff Janice L. Lucas, through undersigned counsel, and for her cause of action against Defendant RedCoral Investments, LLC, states the following:

## PARTIES AND JURISDICTION

1. Janice L. Lucas ("Lucas") is an individual resident of Reading, Middlesex County, Massachusetts.

2. Defendant RedCoral Investments, LLC ("RedCoral") is a limited liability company organized and existing under the laws of the State of Maine with a principal place of business in Las Vegas, Nevada.

3. The matter in controversy in the above-captioned action exceeds the sum or value of $75,000.00, exclusive of interest and costs.

4. This Court is authorized to exercise subject matter jurisdiction in the above-captioned action pursuant to 28 U.S.C. §1332.

## ALLEGATIONS

5. On February 8, 2023, RedCoral executed a promissory note in the principal amount of $140,000.00, payable to Lucas, a true and accurate copy of which is attached hereto as Exhibit A and incorporated herein by reference.

6. The February 8, 2023 note ("First Note") was secured by a mortgage on certain real estate located at 10 Hardy Street Brewer, County of Penobscot and State of Maine ("the Hardy Street Property"). A true and accurate copy of the mortgage deed is attached hereto as Exhibit B and incorporated herein by reference.

7. On January 24, 2024, RedCoral executed a promissory note in the principal amount of $120,000.00 ("Second Note"), payable to Horizon Trust for the benefit of Lucas, a true and accurate copy of which is attached hereto as Exhibit C and incorporated herein by reference.

8. On January 24, 2024, RedCoral executed a promissory note in the principal amount of $250,000.00 ("Third Note"), payable to Horizon Trust for the benefit of Lucas, a true and accurate copy of which is attached hereto as Exhibit D and incorporated herein by reference.

9. The three loans evidence by Exhibits A, C, and D were related to a real estate investment project pursuant to which RedCoral was to use the loan funds to purchase and improve real estate, which it was then to sell and pay off the loans.

10. On or about January 30, 2024, Zahid Abid, acting in his capacity as Manager of RedCoral, drove from Maine to Massachusetts, presented Lucas with a pre-drafted mortgage discharge document, and represented to Lucas that it was imperative

that she discharge her mortgage on the Hardy Street Property immediately to allow the sale of the Hardy Street property to a third party.

11. In order to convince Lucas to execute the discharge, Zahid Abid promised her that, from the closing on the Hardy Street property, either Lucas would receive full payment on the First Note immediately or her money would be taken directly from the closing and reinvested in another property, in which case the First Note would remain in effect.

12. In reliance on Zahid Abid's representations, Lucas executed and delivered the mortgage discharge, a true and accurate copy of which is attached hereto as Exhibit E and incorporated herein by reference.

13. RedCoral did not pay off the First Note from the proceeds of the closing on the Hardy Street Property.

14. After RedCoral caused the mortgage discharge to be recorded, it continued to make payments on the First Note for a period of time, a total of $8,400.00 in all.

15. RedCoral has since stopped making payments on the First Note and has failed and refused to resume payments despite demand by Lucas.

16. RedCoral is in default on its payments under the Second Note and has failed and refused to resume payments according to the terms of the note, despite demand by Lucas.

17. RedCoral is in default on its payments under the Third Note and has failed and refused to resume payments according to the terms of the note, despite demand by Lucas.

18. RedCoral has never made any payments toward the principal loan balances of any of the three notes, so those principal balances, in the aggregate amount of $510,000.00, remain outstanding and unpaid.

19. In late 2023 or early 2024, acting in his capacity as Manager of RedCoral, Zahid Abid, made an oral promise to Lucas that, in exchange for Lucas introducing to RedCoral other investors willing and able to loan money to RedCoral, RedCoral would pay Lucas 2% of the amount of every loan made to RedCoral by a source Lucas developed.

20. Lucas developed two sources that loaned RedCoral an aggregate total of $315,000.00, which should have resulted in payments from RedCoral to Lucas in the amount of $6,300.00.

21. Lucas has demanded payment of the $6,300.00 Lucas is owed pursuant to the oral promise made to Lucas by RedCoral, and RedCoral has failed and refused to make any payment.

WHEREFORE, Plaintiff Janice L. Lucas demands judgment against Defendant RedCoral Investments, LLC, to include the following specific relief:

1. A determination that, as a consequence of RedCoral's breaches of the terms of the notes, RedCoral is liable for the immediate payment in full of the outstanding principal balances of all three notes, along with accrued interest and late fees;

2. An award of damages in the amount of the aggregate principal amounts of all three notes ($510,000.00), plus interest, late charges, court costs, and costs of collection, including reasonable attorneys' fees.

3. A further award of damages in the amount of $6,300.00 representing the 2% commission RedCoral promised to pay Lucas in exchange for finding and introducing to RedCoral the two lenders who made a total of $315,000.00 in loans to RedCoral.

4. Such other and further relief as the Court shall deem just and equitable.

Dated at Portland, Maine this 15th day of October 2024.

/s/ James B. Haddow
Attorney for Plaintiff Janice L. Lucas
James B. Haddow, Esq. – ME Bar No. 3340
PETRUCCELLI, MARTIN & HADDOW, LLP
2 Monument Square, Suite 900
P.O. Box 17555
Portland, Maine 04112-8555
(207) 775-0200
jhaddow@pmhlegal.com